FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL CHRISTIAN RADVANYI, | No. 2:21-cv-00272-SMJ |
| Plaintiff, | **ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS** |
| v. | |
| SPOKANE COUNTY JAIL AND DETENTION SERVICES, | |
| Defendant. | |

On October 27, 2021, the Court instructed Plaintiff Michael Christian Radvanyi, then detained by Spokane County Detention Services, to provide a completed and properly signed Declaration and Application to Proceed *In Forma Pauperis* By a Prisoner Bringing a Civil Rights Action Pursuant to 42 U.S.C. § 1983, along with a statement of his inmate account for the six months immediately preceding the filing of his Complaint on September 10, 2021. ECF No. 3. These documents are required for a prisoner to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a).

In the alternative, the Court directed Plaintiff to pay the full $402 filing fee ($350 filing fee, plus $52 administrative fee) to commence this action. ECF No. 3

1  at 2. The Court also instructed Plaintiff to sign his complaint and any other
2  document he submits to the court. *Id.* at 1–2.
3     On October 28, 2021, Plaintiff submitted a letter in another action indicating
4  that he was then housed at the Eastern State Hospital. On November 3, 2021,
5  documents were returned to the Court as undeliverable and forwarded to Plaintiff
6  at the Eastern State Hospital. Plaintiff has not remedied the deficiencies of his
7  submissions to this Court and has filed nothing further in this action. Thus, it
8  appears Plaintiff has abandoned this litigation.
9     Accordingly, for the reasons set forth above and in the Court's prior Order,
10 ECF No. 3, **IT IS HEREBY ORDERED:**
11    **1.**   This action is **DISMISSED** without prejudice for failure to comply
12         with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§
13         1914 and 1915.
14       *A.*   The Clerk's Office is directed to **ENTER JUDGMENT** and
15           **CLOSE** this file.
16 //
17 //
18 //
19 //
20 //

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS – 2

**2.** The Court certifies that any appeal of this dismissal would not be taken in good faith and would lack an arguable basis in law or fact.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff at his last known address.

**DATED** this 14th day of December 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge